# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**TIMOTHY A. GAYLES**

      vs.                        Case Number:  **04-1327**

**SUZANNE HASTINGS, WARDEN**

☐ **DECISION BY THE COURT.**  This action came before the Court.  The issues have been plead and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Petition for Writ of Habeas Corpus pursuant to 28:2241 is dismissed without prejudice for last of jurisdiction.

ENTER this 29th day of December, 2004

JOHN M. WATERS, CLERK

S/ C. Lambie

_____
BY:  DEPUTY CLERK