E-FILED
Wednesday, 02 March, 2005 02:55:28 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

File Number _____

FILED
MAR 0 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   plaintiff,<br><br>vs<br><br>Timothy A. Gayles,<br>   Defendant, | )<br>)<br>)<br>) 04-1327<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEAL

 Notice is hereby given that, Timothy A. Gayles Petitioner/Defendant in the above entitled case hereby appeal to the United States Court of Appeals for the Seventh Circuit from an Order dismissing without prejudice for lack of jurisdiction, petitioner"s U.S.C. 28 § 2241 Writ of Habeas Corpus the 29th day of December, 2004.

_Feb. 28. 2005_
Dated

Respectfully, submitted

_Timothy A. Gayles_
Timothy A. Gayles
Reg. No. 03325-090
Fed. Corr. Institution
P.O. Box 5000
Pekin, Illinois 61555
    5000