**E-FILED**
Wednesday, 02 March, 2005 02:59:28 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED

No. _____

**MAR 0 2** 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
                Plaintiff,    )
                              )
                              )
                              )
        vs.                   )        Case No. __04-1327_____
                              )
                              )
                              )
TIMOTHY A.GAYLES              )
            Defendant.        )

Motion for leave to proceed
IN FORMA PAUPERIS

Pursuant to title 18, United States Code § 3006 A (d) (7) and rule of this Court, ask leave to file the attached Petition of Notice of Appeal to the Seventh Curcuit Court of Appeals without prepayment of fees or cost to proceed in forma pauperis.

Petitioner was represented by counsel appointed pursuant to title 18 United States Code § 3006 (a) in District Court in The District of Minnesota.

As now, in subsequent filings before other Courts the Petitioner has gone pro-se without the benefit of counsel.

Respectfully submitted,

*Timothy A. Gayles*
Timothy A. Gayles
Reg. No. 03325-090
Fed. Cor. Institution
P.O. Box 5000
Pekin, Illinois. 61555
                        5000

__2 -38 -05__
Dated