E-FILED
Wednesday, 02 March, 2005  03:23:29 PM
Clerk, U.S. District Court, ILCD

# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois                Docket No.: 04-1327

Division: Peoria

**Plaintiff (Petitioner)     Short Caption     Defendant (Respondent)**

TIMOTHY GAYLES                v.     U.S.A.

---

**Current Counsel for Plaintiff (Petitioner):**     **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Timothy A. Gayles                Name: unknown

Firm: FCI Pekin                Firm:

Address: Box 5000                Address:

Pekin, IL 61555

Phone: 309/346-8588                Phone:

---

Judge: Michael M. Mihm                Nature of Suit Code: 555

Court Reporter: none                Date Filed in District Court: 09/24/2004

Date of Judgment: 12/29/2004

Date of Notice of Appeal: 03/02/2005

Counsel: ___Appointed    ___Retained    _X__Pro Se

Fee Status:   ___Paid    ___Due    ___IFP    _X__IFP Pending    ___U.S.    ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:    __X_Yes    ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):03325-090

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**