E-FILED
Thursday, 17 March, 2005  12:06:10 PM
Clerk, U.S. District Court, ILCD

UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

| GINO J. AGNELLO | 219 SOUTH DEARBORN STREET | FILED | TELEPHONE |
| CLERK | CHICAGO, ILLINOIS 60604 | MAR 17 2005 | (312) 435-5850 |

U.S DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO: District Court Clerk's Office

RE: Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.: 05-1618          Docketed on: 3/11/05
Short Caption:       Gayles, Timothy v. Veach, Rick V.
District Court Judge: Michael M. Mihm
District Court No.:  04 C 1327

If you have any questions regarding this appeal, please call this office.

(1003-012490)